JS6/Enter

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| TERRY CARR,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE A. NEOTTI, Warden,<br><br>    Respondent. | Case No. EDCV 09-01632 VAP (AN)<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: August 24, 2011

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE